# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:  Case No.2:25-bk-01779-FMR
Chapter 13

Randolph Clay
Monica Mills Clay

   Debtor(s)
_____/

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE
## TO COMPLY AND RESCHEDULING §341 MEETING OF CREDITORS

COMES NOW, DARYL J. SMITH, the Chapter 13 Standing Trustee, hereby moves for the entry of an Order of Dismissal and in support thereof would state as follows:

1. The Debtors' Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on September 11, 2025.

2. A §341 Meeting of Creditors was scheduled on October 9, 2025 pursuant to the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines, a copy of which the Clerk of the Bankruptcy Court mailed to all parties in interest on or about September 17, 2025. The Debtor(s) and Debtors' attorney, appeared at the aforementioned §341 Meeting of Creditors but failed to provide at least seven (7) days before the initial Meeting of Creditors the Chapter 13 Trustee with copies of tax returns for the two years preceding the petition date.

3. **The Trustee hereby notifies the Debtor(s) that the Rescheduled §341 Meeting of Creditors will be held via Zoom on December 10, 2025 at 10:00 a.m., Trustee Daryl J. Smith will hold the meeting via Zoom. Go to Zoom.us/join, enter meeting ID 271 401 2725, and pass code 1890653295.**

4.       In the event the Debtor(s) fail to attend the rescheduled §341 Meeting of Creditors and fail to provide at least seven (7) days before the rescheduled Meeting of Creditors the Chapter 13 Trustee with copies of tax returns for the two years preceding the petition date, the Trustee may submit to the Court an Order dismissing the above styled Chapter 13 case.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal for the above-styled Chapter 13 case, together with such other and further relief as the Court deems just and proper.

/s/ Daryl J. Smith
Daryl J. Smith
Chapter 13 Standing Trustee
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone: (941) 747-4644
Fax:    (941) 750-9266

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically by CM/ECF services and/or by U.S. Mail to **Randolph Clay and Monica Mills Clay**, Debtors, 3425 Sarto Ln., Rotonda West, FL 33947 and **Laurie L. Blanton, Esquire**, Attorney for Debtors, c/o Holland Law Group, 1100 C South Tamiami Trail, Venice, FL 34285 on this 27th day of October 2025.

/s/ Daryl J. Smith
Daryl J. Smith

DJS/ss