ORDERED.

Dated: October 27, 2025

*Luis E. Rivera*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:

Randolph Clay
Monica Mills Clay

   Debtor(s)
_____/

Case No. 2:25-bk-01779-FMR
Chapter 13

**ORDER RESERVING RULING ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COMPLY AND RESCHEDULING §341 MEETING OF CREDITORS**

    THIS CASE came on for consideration, for the entry of an appropriate Order in the above styled Chapter 13 case, upon the Trustee's Motion to Dismiss for Failure to provide at least seven (7) days before the initial Meeting of Creditors the Chapter 13 Trustee with copies of tax returns for the two years preceding the petition date (Doc. No. 16). Accordingly, it is

    **ORDERED:**

    1.    The Court Orders the Debtor(s) to attend a rescheduled §341 Meeting of Creditors and failure to attend shall constitute a willful failure of the Debtor(s) to abide by an Order of this Court.

    2.    The Court will reserve ruling on the Trustee's Motion to Dismiss, however, in the event the Debtor(s) appear at the rescheduled §341 Meeting of Creditors, as herein provided, the Trustee's Motion shall be denied, by separate order.

      **3.**      **The Trustee hereby notifies the Debtor(s) that the Rescheduled §341 Meeting of Creditors will be held via Zoom on December 10, 2025 at 10:00 a.m., Trustee Daryl J. Smith will hold the meeting via Zoom. Go to Zoom.us/join, enter meeting ID 271 401 2725, and pass code 1890653295.**

      4.      In the event the Debtor(s) fail to attend the rescheduled §341 Meeting of Creditors and fail to provide at least seven (7) days before the rescheduled Meeting of Creditors the Chapter 13 Trustee with copies of tax returns for the two years preceding the petition date, the Trustee may submit to the Court an Order dismissing the above styled Chapter 13 case

Trustee, Daryl J. Smith, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

DJS/ss                                                                                            C13T 10/27/25