

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/13/2025 01:30 PM

COURTROOM Room 4-102

HONORABLE LUIS RIVERA

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **2:25-bk-01779-FMR** | **13** | **09/11/2025** |

**Chapter 13**

**DEBTOR:** Randolph Clay

Monica Clay

**DEBTOR ATTY:** Laurie Blanton

**TRUSTEE:** Daryl Smith

**HEARING:**

Initial/Confirmation Hearing

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Initial/Confirmation Hearing -   Continued to 2/10/2026 at 1:35 pm, Announced in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.