

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/10/2026 01:35 PM

COURTROOM Room 4-102

HONORABLE LUIS RIVERA

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **2:25-bk-01779-FMR** | **13** | **09/11/2025** |

**Chapter 13**

**DEBTOR:** Randolph Clay

Monica Clay

**DEBTOR ATTY:** **Laurie Blanton**

**TRUSTEE:** **Daryl Smith**

**HEARING:**

Continued Confirmation Hearing

**APPEARANCES:**: Laurie Blanton, Kimberly McIntyre

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Confirmation Hearing -   Denied, dismissed 14 days to convert O/Trustee
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.