UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

RANDOLPH CLAY
MONICA MILLS CLAY

CASE NO: 2:25-01779-FMR

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 26

On 3/12/2026, I did cause a copy of the following documents, described below,

Order Denying Confirmation and Dismissing Case ECF Docket Reference No. 26

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/12/2026

/s/ Daryl J. Smith
Daryl J. Smith

Chapter 13 Trustee
PO Box 25001
Bradenton, FL 34206-5001
941-747-4117
cos@tampa13.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

RANDOLPH CLAY
MONICA MILLS CLAY

CASE NO: 2:25-01779-FMR

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 26

On 3/12/2026, a copy of the following documents, described below,

Order Denying Confirmation and Dismissing Case ECF Docket Reference No. 26

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/12/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daryl J. Smith
Chapter 13 Trustee
PO Box 25001
Bradenton, FL  34206-5001

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 225-01779-FMR
MIDDLE DISTRICT OF FLORIDA
THU MAR 12 9-39-59 PST 2026

EXCLUDE

(U)BUNGALOW FUNDING  LLC

EXCLUDE

UNITED STATES TRUSTEE  FTM713 7
TIMBERLAKE ANNEX  SUITE 1200
501 E POLK STREET
TAMPA  FL 33602-3949

ACHIEVA CREDIT UNION
ACHIEVA CREDIT UNION
PO BOX 1500
DUNEDIN  FL 34697-1500

ANGELENA M CONANT
ANGELENA M ROOT  PA
1931 CORDOVA ROAD  303
FORT LAUDERDALE  FL 33316-2157

BUNGALOW FUNDING  LLC
9450 SW GEMINI DR PMB 28754
BEAVERTON  OR 97008-7105

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

DENALI LAW GROUP  PA
12600 WORLD PLAZA LN
SUITE 1
FORT MYERS  FL 33907-3941

DEPARTMENT OF REVENUE
PO BOX 6668
TALLAHASSEE  FL 32314-6668

EMERGENCY MEDICINE SERVICES
OF FLORIDA
PO BOX 668
BRENTWOOD  TN 37024-0668

ENGLEWOOD COMMUNITY HOSPITAL
RESURGENT CAPITAL SERVICES
PO BOX 1927
GREENVILLE  SC 29602-1927

ENVISION PHYSICIAN SERV
PO BOX3381
INDIANAPOLIS  IN 46206-3381

FIRST CALL 247
11352 W STATE RD 84 37
FORT LAUDERDALE  FL 33325-4007

FIRST CALL 247  INC
CO ANGELENA M CONANT
ANGELENA M ROOT  PA
1931 CORDOVA ROAD  303
FORT LAUDERDALE  FL 33316-2157

HCA FLORIDA
ENGLEWOOD HOSPITAL
PO BOX 292105
NASHVILLE  TN 37229-2105

HOSPITAL MEDICINE SERV
PO BOX 668
BRENTWOOD  TN 37024-0668

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JASON GORDON  ESQ
3440 HOLLYWOOD BLVD
SUITE 415
HOLLYWOOD  FL 33021-6933

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LELAND W WILSON  ESQ
12600 WORLD PLAZA LANE
SUITE 1
FORT MYERS  FL 33907-3941

MEDICREDIT  INC
PO BOX 7411713
CHICAGO  IL 60674-1713

RADIOLOGY ASSOC OF VENICE
PO BOX 1508
VENICE  FL 34284-1508

RESURGENT RECEIVABLES  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

SYNCBJCI HOME DESIGN
ATTN BANKRUPTCY DEPT
PO BOX 965065
ORLANDO  FL 32896-5065

EXCLUDE

SYNCHRONY BANKSAMS CLUB
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

VALON MORTGAGE  INC
9450 SW GEMINI DR
PMB 28754
BEAVERTON  OR 97008-7105

DARYL SMITH
DARYL J SMITH  STANDING CHAPTER 13 TRUS
PO BOX 25001
BRADENTON  FL 34206-5001

DEBTOR

LAURIE L BLANTON
HOLLAND LAW GROUP  PA
1100-C SOUTH TAMIAMI TRAIL
VENICE  FL 34285-4111

MONICA MILLS CLAY
3425 SARTO LANE
ROTONDA WEST  FL 33947-2333

RANDOLPH CLAY
3425 SARTO LANE
ROTONDA WEST  FL 33947-2333

MONICA MILLS CLAY
3425 SARTO LANE
ROTONDA WEST  FL 33947-2333

RANDOLPH CLAY
3425 SARTO LANE
ROTONDA WEST  FL 33947-2333