**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE:**

**RANDOLPH CLAY**                                   CASE NO. 2:25-bk-01779-FMR
**and**
**MONICA MILLS CLAY**

       Debtors.
_____/

## SCHEDULE OF UNPAID DEBTS

DEBTORS, by and through their undersigned attorney, file this, their SCHEDULE OF UNPAID DEBTS, pursuant to F.R.B.P. 1019 and would show:

1. NONE

HOLLAND LAW GROUP

/ s/ Laurie L. Blanton
Laurie L. Blanton, Esq.
FBN 0054483
1100 C South Tamiami Tr
Venice, FL 34285
laurie@hollandlaw.com
941-493-6577, Fax: 941-493-6577

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Schedule of Unpaid Debts, has been mailed Electronically or by regular U.S. Mail, postage prepaid, to:

Richard M. Dauval
rdauval@leavenlaw.com

United States Trustee - TPA7/13, 7
USTPRegion21.TP.ECF@USDOJ.GOV

Randolph Clay
Monica Mills Clay
3425 Sarto Lane
Rotonda West, FL 33947

And all addresses on the attached mailing matrix on this 2nd day of April, 2026.

**HOLLAND LAW GROUP**

/ s/ Laurie L. Blanton
Laurie L. Blanton, Esq.
Holland Law Group
FBN 0054483
1100 C South Tamiami Tr
Venice, FL 34285
laurie@hollandlaw.com
941-493-6577, Fax: 941-493-6577