IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**IN RE:**

**RANDOLPH CLAY**                                   CASE NO. 2:25-bk-01779-FMR
**And**                                                       Chapter 7
**MONICA MILLS CLAY**
Debtors

_____/

### NOTICE OF CHANGE OF MAILING ADDRESS OF DEBTOR

All parties of this cause are hereby notified of the following change of mailing address of the debtor:

**3425 Sarto Lane**    to                    **10469 Port Everglades St**
**Rotonda West, FL 33947**                **Port Charlotte, FL 33981**

The Debtor requests that all future notices and pleadings are to be served at this mailing address, dated this _____1st_____ day of May, 2026.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically or by regular U.S. Mail to:

Richard M. Dauval
rdauval@leavenlaw.com

United States Trustee - FTM7/13, 7
USTPRegion21.TP.ECF@USDOJ.GOV

Randolph Clay
Monica Mills Clay
3425 Sarto Lane
Rotonda West, FL 33947

this _____5th_____ day of May, 2026.

Holland Law Group

 /s/ Laurie L Blanton_____
Laurie L Blanton. Esq
1100-C S. Tamiami Trail
Venice, Florida 34285
(941) 493-6577