IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

IN RE:

RANDOLPH CLAY                                    Case No: 2:25-bk-01779-FMR
MONICA MILLS CLAY                                Chapter 13
Debtors

_____/

## NOTICE OF CHANGE OF MAILING ADDRESS OF DEBTORS

All parties of this cause are hereby notified of the following change of mailing address of the debtors:

**3425 Sarto Lane**              to          **10469 Port Everglades St**
**Rotonda West, FL 33947**                   **Port Charlotte, FL 33981**

The Debtor requests that all future notices and pleadings are to be served at this mailing address, dated this ____24th____ day of July, 2026.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically or by regular U.S. Mail to:

Richard Dauval
rdauval@leavenlaw.com

United States Trustee - FTM7/13, 7
USTPRegion21.TP.ECF@USDOJ.GOV

Randolph and Monica Clay
10469 Port Everglades St
Port Charlotte, FL 33981

this____24th____ day of July, 2026.

**HOLLAND LAW GROUP**

/ s/ Laurie L. Blanton
Laurie L. Blanton, Esq.
FBN 0054483
1100 C South Tamiami Tr
Venice, FL 34285
Laurie@hollandlaw.com
941-493-6577,
Fax: 941-493-6577